**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL ANTONELLI
Reg. # 04053-164                                                                                          PLAINTIFF

V.                                    2:08CV00003 JMM/HDY

MARQUEZ, *et al.*                                                                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1)  Plaintiff shall be allowed to file a Second Amended Complaint that clarifies the nature of his allegations related to his claim of retaliatory discipline against Defendants DePoorter and Phillips set forth in his Claim no. 1, as outlined in section A above;

2)  The remainder of the claims alleged are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

DATED this __14__ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE