**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL ANTONELLI
Reg. # 04053-164                                                                                    PLAINTIFF

V.                                        2:08CV00003 JMM/HDY

DePOORTER, *et al.*                                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Defendants' Motion to Dismiss (docket entry #37) is DENIED.

DATED this 16th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE