IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL ANTONELLI                                                          PLAINTIFF

Vs.                    CASE NO.   2:08cv00003 JMM

MARTHA DePOORTER, et al                                    DEFENDANTS

### ORDER

By previous order, Plaintiff's motion to continue the jury trial was granted and the trial was rescheduled for July 25, 2011.

In the motion to continue, Plaintiff's Counsel indicated that Plaintiff is currently incarcerated in Illinois facing a supervised release revocation.

Plaintiff is directed to keep his attorney apprised of any and all changes in the status of the federal revocation. Plaintiff is also directed to inform his attorney of any changes of address. Failure to maintain contact with his attorney could result in dismissal of his case.

Plaintiff's counsel is directed to file a separate status report no later than **May 26, 2011**, as to the status of the federal revocation proceeding and current address of Plaintiff.

Plaintiff's counsel is also directed to provide a copy of this order to Plaintiff.

IT IS SO ORDERED this 21st day of January, 2011

_____
UNITED STATES DISTRICT JUDGE