## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL ANTONELLI**                                                  **PLAINTIFF**

**V.**                  **CASE NO. 2:08CV00003 JMM**

**MARTHA DEPOORTER, ET AL.**                         **DEFENDANTS**

### ORDER

For the reasons stated at the pre-trial hearing held on July 26, 2011, in the above styled case, Plaintiff's Motion in Limine is granted in part and denied in part (#139).

Plaintiff's oral motion to dismiss all claims against Defendant Billy Phillips is granted. All claims against defendant Phillips are dismissed with prejudice.

IT IS SO ORDERED this 26 day of July, 2011.

_James M. Moody_
James M. Moody
United States District Judge