## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**MICHAEL ANTONELLI**                                                                                 **PLAINTIFF**

**V.**                    **CASE NO. 2:08-CV-00003-JMM/JJV**

**MARTHA DEPOORTER, ET AL.**                                                      **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed with prejudice.

**IT IS SO ORDERED THIS   27    day of   July  , 2011.**

                                                                                      **James M. Moody**
                                                                                      **United States District Judge**